IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VIRGIL TALLEY,
    Petitioner,

vs.                               5:05cv170/LAC/MD

J. BARRON, JR., WARDEN,
    Respondent.
_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 14, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The petitioner's amended petition for writ of habeas corpus under 28 U.S.C. § 2241 (doc. 5) is DISMISSED with prejudice as petitioner has not demonstrated entitlement to proceed under that section, and treated as a § 2255 motion, the petition is summarily dismissed as an unauthorized second or successive motion.

2.     Any pending motions are DENIED as moot.

DONE AND ORDERED this 13th day of December, 2005.

                                        s/*L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**